# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRADFORD DEAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:08-CV-671 CAS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on movant's response to the Court's show cause order. On May 16, 2008, the Court ordered movant to show cause why this case should not be dismissed as time barred. Movant's response contains no legal justification for his having filed a § 2255 motion approximately one year after the period of limitations expired. As a result, the Court will dismiss this action as time barred.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

An Order of Dismissal will accompany this Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __13th__ day of June, 2008.